UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Malik McNeil,

                Plaintiff

      -v-

Police Officer Cole-Hatchard,

                Defendant

17-cv-3199

ORDER

A telephone conference in the above-captioned matter is hereby set for **Thursday, January 23, 2020, at 12:30 a.m. EST/11:30 a.m. CST**. The parties should call 1-888-684-8852 five minutes prior to the scheduled conference and enter access code 1952967.

In addition, the parties are instructed to file a set of **joint** jury instructions and interrogatories on or before **Tuesday, January 28, 2020**.

Counsel may contact chambers at (318) 676-3175 or email law clerk, Melanie Simpson, at Melanie_Simpson@lawd.uscourts.gov with any questions or concerns. Courtesy copies should be emailed to Ms. Simpson and mailed to chambers at 300 Fannin Street, Suite 4200, Shreveport, Louisiana 71101.

**THUS DONE AND SIGNED**, this 6th day of January, 2020.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE