UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Malik McNeil,

                Plaintiff

    -v-

Police Officer Cole-Hatchard,

                Defendant

17-cv-3199

JUDGMENT

## **JUDGMENT**

Trial by jury in the above captioned matter was held February 3-6, 2020. Considering the answers of the jury to the Court's verdict form;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant, Police Officer Andrew Cole-Hatchard, in his individual and official capacities, and against the Plaintiff, Malik McNeil, dismissing all claims with prejudice.

**THUS DONE AND SIGNED**, this 10th day of February, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE